No. 03–5027. FERCH v. FEDERAL MEDICAL CENTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–5029. GARCIA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5031. MEDINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5032. HARRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5033. HAWTHORNE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5034. ESTRADA-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5035. HARDIMAN v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5036. FORTENBERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5037. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5038. FIGUEROA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5039. HOGAN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–5040. HARVEY v. PRATT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–5041. HARVEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5042. ROSS v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5044. BURNSIDE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–5045. BARKER v. WEST VIRGINIA. Cir. Ct. Braxton County, W. Va. Certiorari denied.